**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EDWIN MARTINEZ ESTRADA**, <br> *Petitioner,* <br><br> v. <br><br> **J.L. JAMISON,** Warden, Federal Detention Center, Philadelphia, **JOHN E. RIFE,** Acting Field Office Director, Immigration and Customs Enforcement, Philadelphia Field Office, **MARKWAYNE MULLIN,** Secretary of the U.S. Department of Homeland Security; **TODD BLANCHE,** Acting Attorney General of the United States, **U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE OF IMMIGRATION REVIEW**, <br> *Respondents.* | **Civil No. 26-2737** |

## <u>ORDER</u>

**AND NOW**, this 1st day of May, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Edwin Martinez Estrada and all corresponding briefing, it is hereby **ORDERED** as follows:

1.      The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.      Estrada is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.      The Government shall **RELEASE** Estrada from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on May 4, 2026.

4.      The Government is temporarily enjoined from re-detaining Estrada for seven days following his release from custody.

5.      If the Government chooses to pursue re-detention of Estrada after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

MARY KAY COSTELLO, J.

2