## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWIN MARTINEZ ESTRADA,**<br>*Petitioner*,<br><br>**v.**<br><br>**J.L. JAMISON,** Warden, Federal Detention Center, Philadelphia**, JOHN E. RIFE,** Acting Field Office Director, Immigration and Customs Enforcement, Philadelphia Field Office, **MARKWAYNE MULLIN,** Secretary of the U.S. Department of Homeland Security; **TODD BLANCHE,** Acting Attorney General of the United States, **U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE OF IMMIGRATION REVIEW,**<br>*Respondents*. | **Civil No. 26-2737** |

## ORDER

**AND NOW**, this 11th day of June, 2026, upon consideration of the Respondents' Certification of Compliance (ECF No. 7), it is hereby **ORDERED** that the Clerk of Courts is directed to **CLOSE** this case.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge